

Rustin G. Jackson
108 Chapman Lane
Jacksboro, TN 37757

FILED
2005 JAN 11 P 12:06
U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY_____DEPT. CLERK

Clerk of Court
United States District Court
800 Market St. Ste. 130
Knoxville, TN 37902

RE: Rustin G. Jackson vs. State of Tennessee, County of Campbell, Dustin Roade and Billy Marlow, et al. Case Number: 3:04-CV-344

Dear Clerk,

I've contacted the Campbell County Sheriff's Office about the forwarding address of former jailers Billy Marlow's address. They said they would 'take care of if' as in delivering him with the summons. I am also sending him a copy of the summons via 'signature required' mail to their address.

In reply to the motion to dismiss by the plaintiff: attached are two documents I sent attorney Michael Hatmaker two years ago, showing continuing adverse affects and a real threat which support my standing to seek equitable relief and reason to seek punitive damages. I've received medical care and disability resulting from 'post concussion syndrome' which also supports my seeking equitable relief due to irreparable injury. Injuries to my head being the one of the supposed reasons of being denied a speedy trail and months of stay at the state hospital are a direct result of actions and following negligence by the CCSD. Attached is a note from the state hospital, stating that I am 'not able to work', several months after the injuries took place.

While this case is due to violations of Constitution Rights, breach of contract and negligence it is actionable against State Trooper Rick Woodward as he was present during my rigorous treatment, and I asked him for assistance and that I needed medical treatment, his reply was that he 'can't help you.' and seemed to cheer the aggression which added to the dangerousness of the situation which had further consequences. While events following the hits to the head are unclear, Rick Woodward's presence during my rigorous treatment was remembered as he is a long time neighbor, and as it is my belief he could have controlled the situation and insured medical treatment. Due to his negligence in the situation and under Tori law was required to render aid by his stopping of the vehicle as he was the first on the scene of uncontrolled aggression by the CCSD, he is a defendant in this case. Also violations of Constitutional Rights against the state are also denial of a speedy trail, and denial of Discovery and Inspection, both made by me, a letter from the public defender showing denial is attached.

*Rustin G Jackson*
Rustin Jackson

5 attachments