Rustin G. Jackson
108 Chapman Lane
Jacksboro TN 37757

Friday, October 31, 2003

Michael G. Hatmaker
571 Main Street
Jacksboro TN 37757

Question to ask, why were the police involved. Why were they called.

Over three years ago, Campbell County Deputy Mongar pulled me over on what seemed like a random stop. He is the Canaan Unit presently, after conversing for a short time, information divulged after he questioned me about a stack of paperwork in the passengers seat with Law Enforcement seals showing, at the time I worked for HIDTA (Hi Intensity Drug Traffic Area) and CTAC (Counter-Drug Technology Assessment Center). He seemed to take great interest in me and my affairs since then. Yesterday he pointed himself out to me, asked me if I worked for HITDA reminding me of the incident. The reason for his interest in unknown. I had told him that it was sensitive information, and that I would appreciate him not telling anyone, but it seems him telling people about it brings him great joy.

I did ask my work three years ago about a grant for this area, the idea was roundly rejected by my supervisors, and seemed worried about any influence that would prompt me to ask.

In the last three years, I've been several times randomly stopped (too many times). Several times by Campbell County under vary strange pretenses. One officer chased me to a stop light then came along side saying that I was a 'drive off' from a certain gas station. I told him I had not been there. He responded by saying he, "just wanted to try me out." and walked off. Attached is another description of such a stop.

I am worried about this undue interest in my activities and need see what we can do to make it otherwise.

*Rustin G. Jackson* (signature)
Rustin G. Jackson

Attachment 1 of 5

3/25/03

I went to Woodson's World of Shopping there to purchase the oddities of my newly formed vegetarian diet and a copy of the LaFollette Press. I stopped to see what was happening at our local message board and check on some courses at Roane State. As I was driving down Jacksboro Pike, I found myself being followed by flashing lights while driving past "old-Woodson's". Two more cruisers joined the chase pulling in from side of the road where they had been waiting. Realizing that I wasn't speeding and could not be the target of any concern that I could have brought to bear; I continued to Sonic where I pulled into one of the berths (also being nervous about unexplained behavior from the local law enforcement, I wanted to be in a public place.)

An angry looking officer walked up to my window and asked to see my license. I asked the purpose of him being there as I showed him my license. He offered some bogus reasons as to why (that I was speeding), which I told him that I hadn't been, then he said erratic driving, again I told him that was not the case, he seemed angered even more; he looked like he wanted to do more, but looked about at all the witnesses, then he walked back to confer with his partner. He came back and said that the night manager a Woodson's had called and reported a suspicious person and had indicated the tan van. When he returned my license to me, he finally asked why I had been at Woodson's. I responded by lifting one of the plastic bags beside me bearing their logo. He apologized for bothering me and they went on their way. I proceeded to order a Slushie from the sonic girl who next appeared at my window, and went home.

Once I returned home, I called the mall to confirm that they had made the call. I asked for the night manager and it happened to be the person I was talking to. I asked him if he had indeed had called a complaint to confirm it hadn't been harassment. He hung up the phone. I pushed the redial button. This time he said there were "50 night managers here" and proceeded to rant about "it's not that simple" and refused to surrender his name. At this point I contacted Officer Mozingo who had responded to the complaint that they had filed. After sending a letter to the clerk, they sent me a copy of the complaint bearing the night managers name, "ORICK, DANNY" and the complaint of suspicious person (even though I happened to be wearing a suit if not tie at the time). I would love to hear a reason for complaint from the "want to be anonymous" management of a mall who didn't want shoppers.

I still wonder why Woodson's would drive business away. After attempting to be a stanch advocate for them, I finding myself asking the question; "Why?" and also wonder about the several times I've been stopped by very aggressive officers always seeming to mistake me for some other person. It entered my mind that the store could have been prompted by the officers, considering I had only been in the store a few minutes and noticed them pulling in the parking lot behind me, possibly being my vehicle's similarity to someone they find threatening.

*Attachment 2 of 5*

# RIDGEVIEW PSYCHIATRIC HOSPITAL AND CENTER

| Renu Bhateja, M.D. | Nanji Shekhat, M.D. | | Kathleen Sales, M.D. |
| Okon Enyenihi, M.D. | | | Ira Lew, M.D. |

| 240 W. Tyrone Rd. | 110 N. Tennessee Ave. | 133 W. 2nd Ave. | 221 Devonia St. |
| Oak Ridge, TN 37830 | Lafollette, TN 37766 | Oneida, TN 37841 | Harriman, TN 37748 |
| 865-482-1076 | 423-562-7426 | 423-569-7979 | 865-882-1164 |

NAME: Rustin G. Jackson  ADDRESS:

DATE: 8/17/04   REFILLS

To whom it may concern:-

This is to verified that Mr. Jackson has been undercare of us for his psychiatric problem. he presently not able to work. Thanks

_____ M.D.   N≤Shekhat M.D.
**Dispense as written**   **Substitution allowed**

---

■ AN ARTIFICIAL WATERMARK IS ON THE BACK - HOLD AT AN ANGLE TO VIEW THIS MARK ■

**BRUCE R. LEFORCE, M.D.**
**PARKWAY NEUROLOGY ASSOCIATES**
220 FORT SANDERS WEST BLVD. STE 100
KNOXVILLE, TN 37922
PH 865-693-3499 . FX 865-693-5938

00002067

| PATIENT'S FULL NAME | PHONE NUMBER | AGE | SEX |
| Rustin Jackson | | | |
| ADDRESS | | DATE 10/5/04 | |

℞  Depakote ER 500

Sig. T.k = pug{ x = week, the = pug{
             ttoo

SUBSTITUTION ALLOWED    DISPENSE AS WRITTEN

Dr. _____    Dr. _____
   Signature                 Signature

☐ Refills  1  2  3  4  ⑤    DEA #: _____
☐ No Refills  Void After ___   VALID FOR CONTROLLED SUBSTANCES

■ "RX" ON BACK IS PRINTED IN DISAPPEARING INK - RUB BRISKLY TO ACTIVATE ■

Attachment 30/5

**DISTRICT PUBLIC DEFENDER'S OFFICE**
**EIGHTH JUDICIAL DISTRICT**
**STATE OF TENNESSEE**

MARTHA YOAKUM
DISTRICT PUBLIC DEFENDER

COUNTIES:
CAMPBELL
CLAIBORNE
FENTRESS
SCOTT
UNION



DISTRICT OFFICE:
POST OFFICE BOX 386
TAZEWELL, TENNESSEE 37879
(423) 626-7705
FAX 626-7235

JACKSBORO OFFICE:
POST OFFICE BOX 337
JACKSBORO, TENNESSEE 37757
(423) 566-5405
FAX 566-2287

June 21, 2004

Mr. Rustin Jackson
108 Chapman Lane
Jacksboro, TN 37757

Re: Your Case No. CM150714, CM 149133, General Sessions Court

Dear Mr. Jackson:

I have received your letter dated June 18, 2004 and this is my response.

First, as far as the speedy trial you had requested, that was not feasibile due to the fact that you was going through the procedure of being evaluated and that took some time to do. I have enclosed a copy of the finding of Lakeshore as to the status of your competency to stand trial. As it states in the letter, you can use the insanity defense if you should proceed to trial.

Second, discovery is not produced by the State until the case is set for trial, which in your case it has not been. You have not yet had a preliminary hearing. Your hearing is now scheduled for July 20, 2004 at 1:10 PM. You will need to be in court at 12:10 PM which is one hour earlier than your prelim is set for. If you have a preliminary hearing and your case is bound over to the Grand Jury, then that will be in October. If you are indicted then your case will be set for trial, we can, at that point, request discovery in your case. Of course, there is also the possibility that your charges could be dismissed all or in part.

We will talk with you on your court date. However, if you wish to schedule an appointment to discuss these matters prior to your court date, then please call this office and do so.

If you have any other questions or concerns regarding this matter please call our office.

Yours truly,

GLORIA LEE
INVESTIGATOR
Enclosure

Attachment 4 of 5

8/4 talked to her
Want to get involved – saw police
hit him after handcuffed + she
told them to stop. Police did come
talk to her –

Aug 2, 2004

Mr. Herman,

Linda Chapman   Cell phone # 494-0728

new address   81 Carriage Place
              Clinton Tenn.
   Home – phone 865-463-7819
                        7196

was interviewed by the police after she saw Rustin Jackson being beaten by the police on Landmark Rd. She stated she went out of her mobile home and asked them to stop beating on him in fear of his life as he was already on the ground. She wrote a statement that apparently is now missing from the report.
       Thank you for your attention to this matter.
                    Carolyn Jackson

attachment 5&5