## IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

**RUSTIN G. JACKSON**

    **PLAINTIFF,**

**V.**                                                                                    No. 3:04-CV-344

**STATE OF TENNESSEE, COUNTY OF CAMPBELL, CITY OF JACKSBORO, AND DUSTIN ROSE AND BILLY MARLOW, IN THEIR INDIVIDUAL CAPACITIES**

    **DEFENDANTS.**

## AFFIDAVIT OF DANNY CHAPMAN

The Affiant, Danny Chapman, does hereby appear and after first being duly sworn according to law, makes oath as follows:

1. My name is Danny Chapman, and I am over the age of 18 and am competent to testify.

2. I am the Police Chief for the City of Jacksboro and have served in that capacity since 1997.

3. I have reviewed the Complaint of the Plaintiff, and can state within a reasonable degree of certainty that none of the individuals listed in the Plaintiff's Complaint for Violations of Constitutional Rights were employed by the City of Jacksboro at any time relevant to the allegations made in the Plaintiff's Complaint for violations of constitutional rights.

4. I have investigated whether any of the officers employed by the City of Jacksboro at all times relevant to the allegations made in the Plaintiff's Complaint had any information or knowledge regarding the allegations made by the Plaintiff, and my investigation has determined that none of

the Jacksboro officers had any involvement, and all are without knowledge of the Plaintiff's allegations.

5. To the best of my knowledge the City of Jacksboro had not entered into any contract, either implied or expressed, with the Plaintiff at any time pertaining to the issues alleged in the Plaintiff's Complaint for Violation of Constitutional Rights.

6. Based upon my investigation no agent, employee, or officer of the City of Jacksboro ever filed any charges, arrested or even had any physical contact with the Plaintiff at anytime relevant to the allegations made in his Complaint for Violation of Constitutional Rights.

7. No agent or employee with the City of Jacksboro had any involvement with the Plaintiff at any time relevant to his Complaint for Violations of Constitutional Rights, either as an arresting officer, charging officer, jailer, or any other capacity, including, but not limited to, being in any position to provide or deny medical treatment or medical assistance to the Plaintiff at any time.

Further the affiant saith not.

_____
DANNY CHAPMAN

2

STATE OF TENNESSEE )
)
COUNTY OF Campbell )

Personally appeared before me Danny Chapman with whom I am personally acquainted, and who acknowledged that he executed the within instrument for the purposes therein contained.

Witnessed my hand, at office, this the 25th day of February, 2005.

_Sherry Elaine Byrge_
Notary Public

My Commission Expires: 2-3-2007

3