IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

FILED

| | |
|---|---|
| Rustin G. Jackson ) | 2005 JUL 11 P 1:59 |
| v. ) | Civil Action No. 3:04-cv-344 |
| State of Tennessee ) | U.S. DISTRICT COURT |
| County of Campbell as a body politic, ) | EASTERN DIST. TENN. |
| Darryl Mongar, Dustin Rose, ) | BY_____DEPT. CLERK |
| Rick Woodward and Billy Marlow ) | |
| In their Individual Capacities et al ) | |

### REQUEST FOR ENTRY OF DEFAULT FOR DEFENDANT BILLY MARLOW

      Comes now Plaintiff Rustin Jackson and hereby request the Clerk to enter a default against the defendant, Billy Marlow on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

      Respectfully submitted,

*Rustin G Jackson*
Plaintiff

** A certificate of service must be attached to this pleading