IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

Rustin G. Jackson )
v. ) Civil Action No. 3:04-cv-344
State of Tennessee )
County of Campbell as a body politic, )
Darryl Mongar, Dustin Rose, )
Rick Woodward and Billy Marlow )
In their Individual Capacities et al )

### AFFIDAVITE IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT FOR DEFENDANT BILLY MARLOW

I, Rustin Jackson, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief;

1. I am the plaintiff in this action.
2. A complaint was filed herein on Billy Marlow and service of process was had on the defendant on January 12, 2005.
3. More than twenty (20) days have elapsed since the defendant in this action served, and the defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

_____
Plaintiff

Attached exhibits:
1. Process of receipt and return of summons by United States Marshal Service
2. signature confirmation by US Post Office
3. Notice of Appearance of defendant
4. Complaint for Violations of Constitutional Rights (Second Amendment)
5. Order granting Complaint for Violations of Constitutional Rights (Second Amendment)

Sworn to me and subscribed before
me this 8th day of July,
2005.

_____
Notary Public

My Commission Expires
8/2/08