# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

Rustin G. Jackson )
v. ) Civil Action No. 3:04-cv-344
State of Tennessee )
County of Campbell as a body politic, )
Darryl Mongar, Dustin Rose, )
Rick Woodward and Billy Marlow )
In their Individual Capacities et al )

## Entry of Default for Defendant Billy Marlow

It appearing that the complaint was filed in this case on 8/5/2004; that the summons and complaint were duly served upon the defendant, Billy Marlow, and no answer or other pleading has been filed by said defendant as required by law;

Therefore, upon request of the plaintiff, default is hereby entered against the defendant, Billy Marlow, as provided in Rule 55(a), Federal Rules of Civil Procedure.

By _____
Deputy Clerk