**From:** Austin Jaclun
108 Chapman Lane
Jacksboro TN 37757

RETURN RECEIPT REQUESTED

7004 0550 0000 8353 8644

CERTIFIED MAIL

RECEIVED
JUL 11 2005

**To:** Clerk of Court
United States District Court
Knoxville Division
800 Market Street, Suite 130
Knoxville TN 37902



U.S. POSTAGE PAID
JACKSBORO, TN
37757
JUL 08 '05
AMOUNT
$6.49
0003531202