IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

FILED

2005 JUL 11  P 1:59

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____DEPT. CLERK

Rustin G. Jackson )
v. ) Civil Action No. 3:04-cv-344
State of Tennessee )
County of Campbell as a body politic, )
Darryl Mongar, Dustin Rose, )
Rick Woodward and Billy Marlow )
In their Individual Capacities et al )

## REQUEST FOR ENTRY OF DEFAULT FOR DEFENDANT DARREL MONGAR

      Comes now Plaintiff Rustin Jackson and hereby request the Clerk to enter a default against the defendant, Darrel Mongar on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

*Rustin G. Jackson*
Plaintiff

\*\* A certificate of service must be attached to this pleading