**From:** Austin Jackson
106 Chapman Lane
Jacksboro TN 37757

RETURN RECEIPT REQUESTED

7004 0550 0000 8353 8bLL

CERTIFIED MAIL

**To:** Clerk of Court
United States District Court
Knoxville Division
800 Market Street, Suite 130
Knoxville TN 37902

RECEIVED JUL 11 2005

UNITED STATES POSTAL SERVICE
0000
37902

U.S. POSTAGE PAID
JACKSBORO, TN 37757
JUL 08, '05
AMOUNT $6.49
00035312-02