IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

FILED

2005 JUL 11 P 1:59

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____DEPT. CLERK

**Rustin G. Jackson** )
v. )   Civil Action No. 3:04-cv-344
**State of Tennessee** )
**County of Campbell as a body politic,** )
**Darryl Mongar, Dustin Rose,** )
**Rick Woodward and Billy Marlow** )
**In their Individual Capacities et al** )

## REQUEST FOR ENTRY OF DEFAULT FOR DEFENDANT DUSTIN ROSE

Comes now Plaintiff Rustin Jackson and hereby request the Clerk to enter a default against the defendant, Dustin Rose on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

*Rustin G Jackson*
Plaintiff

\*\* A certificate of service must be attached to this pleading