# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | | |
|---|---|---|
| **Rustin G. Jackson** | ) | |
| **v.** | ) | **Civil Action No. 3:04-cv-344** |
| **State of Tennessee** | ) | |
| **County of Campbell as a body politic,** | ) | |
| **Darryl Mongar, Dustin Rose,** | ) | |
| **Rick Woodward and Billy Marlow** | ) | |
| **In their Individual Capacities et al** | ) | |

## Entry of Default for Defendant Dustin Rose

It appearing that the 2nd amended complaint was filed in this case on 3/10/2004; that the summons and complaint were duly served upon the defendant, Dustin Rose, and no answer or other pleading to the 2nd amended complaint has been filed by said defendant as required by law;

Therefore, upon request of the plaintiff, default is hereby entered against the defendant, Dustin Rose, as provided in Rule 55(a), Federal Rules of Civil Procedure.

By _____
Deputy Clerk