**From:** Austin Jackson
108 Chapman Lane
Jacksboro TN 37757

RETURN RECEIPT REQUESTED

7004 0550 0000 8353 8611

CERTIFIED MAIL

RECEIVED
JUL 11 2005

**To:** Clerk of Court
United States District Court
Knoxville Division
800 Market Street, Suite 130
Knoxville TN 37902



U.S. POSTAGE PAID
JACKSBORO, TN 37757
JUL 08, '05
AMOUNT $6.49
0003531 2-02