IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

FILED
2005 JUL 11 P 1:59
U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY_____DEPT. CLERK

| | |
|---|---|
| Rustin G. Jackson ) | |
| v. ) | Civil Action No. 3:04-cv-344 |
| State of Tennessee ) | |
| County of Campbell as a body politic, ) | |
| Darryl Mongar, Dustin Rose, ) | |
| Rick Woodward and Billy Marlow ) | |
| In their Individual Capacities et al ) | |

## REQUEST FOR ENTRY OF DEFAULT FOR DEFENDANT CAMPBELL COUNTY

Comes now Plaintiff Rustin Jackson and hereby request the Clerk to enter a default against the defendant, Campbell County (Jerry E. Cross Mayor) on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

_Rustin G. Jackson_
Plaintiff

** A certificate of service must be attached to this pleading