## IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

RUSTIN G. JACKSON

      PLAINTIFF,

V.　　　　　　　　　　　　　No. 3:04-CV-344

STATE OF TENNESSEE, COUNTY OF
CAMPBELL, CITY OF JACKSBORO, AND
DUSTIN ROSE AND BILLY MARLOW, IN
THEIR INDIVIDUAL CAPACITIES

      DEFENDANTS.

## NOTICE OF DEPOSITION

Please take notice that the attorneys for Defendant, City of Jacksboro, will take the deposition of Rustin G. Jackson on February 21, 2006 beginning at 11:00 a.m., in the offices of Watson, Roach, Batson, Rowell & Lauderback, 1500 Riverview Tower, 900 South Gay Street, Knoxville, Tennessee, telephone number: (865) 637-1700 in reference to the above captioned matter. Said deposition shall commence at the time specified above and proceed thereafter until complete, unless otherwise agreed to by counsel. The deposition shall be recorded by stenographic means and taken for all purposes allowed by the Federal Rules of Civil Procedure.

Respectfully submitted this 9th day of November, 2005.

      CITY OF JACKSBORO

      s/Benjamin K. Lauderback, BPR NO. 20855
      BENJAMIN K. LAUDERBACK

WATSON, ROACH, BATSON, ROWELL & LAUDERBACK
1500 Riverview Tower
900 S. Gay Street
P.O. Box 131
Knoxville, TN 37901
865/637-1700

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 9th day of November, 2005, a true and exact copy of this Answer was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system:

Rustin G. Jackson
108 Chapman Lane
Jacksboro, Tennessee 37757

Dawn Jordan
Office of Attorney General
P.O. Box 20207
Nashville, TN 37202

John C. Duffy
Attorney at Law
P.O. Box 11007
Knoxville, TN 37939-1007

Dated this 9th day of November, 2005.

s/Benjamin K. Lauderback, BPR NO. 20855
BENJAMIN K. LAUDERBACK