UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| RUSTIN G. JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:04-CV-344 |
| | ) | (VARLAN/SHIRLEY) |
| STATE OF TENNESSEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter came before the undersigned on April 26, 2006 for a status conference. The Court had previously ordered [Doc. 160] the Campbell County defendants to supplement their responses to the plaintiff's interrogatories and requests for production by April 17, 2006, and the Court set this status conference to further address the plaintiff's motion in light of the defendants' supplemental responses.

At the hearing, the parties agreed that supplemental responses were made, although such responses were not produced to the Court. The plaintiff identified only two remaining areas of dispute: (1) the address and phone number of former defendant Billy Marlow and (2) the work history of defendant Darrell Mongar. With respect to Mr. Marlow, counsel for the Campbell County defendants stated that the defendants' discovery responses state that Mr. Marlow is no longer employed with Campbell County and that the defendants are not aware of his whereabouts. The

Court finds that this response is appropriate and therefore will not require further supplementation of this response.

With respect to Mr. Mongar's work history, counsel for the defendants agreed to further supplement the defendants' responses. Accordingly, it is **ORDERED** that the defendants shall produce a redacted version of Mr. Mongar's employment application and that defendant Mongar shall further supplement his response to plaintiff's interrogatory no. 22.

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge