IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE
CASE NUMBER: 3:04-CV-000344

FILED
2006 JUN 22 P 2:25
U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY______DEPT. CLERK

**Rustin G. Jackson** )
)
**v.**
)
**State of Tennessee** )
**County of Campbell as a body politic,** )
**Darryl Mongar, Dustin Rose** )
**Rick Woodward, et al** )

**MOTION TO QUASH SUBPOENA**

Comes C. Frank Rapier, Director, Appalachia HIDTA, and requests that the Court quash the subpoena attached hereto requiring the undersigned to appear for the purposes of producing documents and giving testimony. In support of this motion, the undersigned states as follows:

1) I am not a party to this lawsuit and until June 19, 2006 had never heard of the plaintiff or any of the defendants in this case. I was hired as the Director of Appalachia HIDTA in July of 2003.

2) The HIDTA program helps to improve the effectiveness and efficiency of drug control efforts by facilitating cooperation between Federal, State, and Local law enforcement. HIDTA is a funding mechanism and is not an operational entity. Task forces select targets and conduct investigations. HIDTAs do not select targets or take any operational part in investigations.

3) There are no existing or prior agreements or contracts with Campbell County, Tennessee or any reports, complaints (official or unofficial), documents or data compilations by HIDTA concerning the Defendant or Plaintiff. There are no logs or any information requests pertaining to the Plaintiff.

4) One of the Defendants, Darryl Mongar, did attend two HIDTA co-sponsored classes in August of 2005. Both classes were related to highway interdiction.

5) I reside well over 100 miles from the three locations in Tennessee listed on the subpoena. There would be considerable expense and scheduling havoc if required to make three trips to Tennessee.

6) I have been subpoenaed to the home of the Plaintiff in Jacksboro, TN. I question the rationale behind this and feel that this could cause a potentially stressful situation for the Plaintiff and myself, given that I have never had any prior communications with him.

7) In summary, with all due respect to the court and the Plaintiff, Appalachia HIDTA simply has nothing to offer in this matter. To appear would be a waste of the courts valuable time as well as that of Appalachia HIDTA.

8) For the reasons set forth above, I request the subpoena be quashed. If the court refuses to quash the subpoena, I request an extension of time to allow me to seek legal counsel.

If I must seek legal counsel, I would request that the court order the Plaintiff to reimburse me for these expenses.

By: C. Frank Rapier

C. Frank Rapier
Director, Appalachia HIDTA
P.O. Box 5070
London, Kentucky 40745
Phone: (606) 877-2100

## CERTIFICATE OF SERVICE

I hereby certify that on 6/20/2006, I mailed a true and correct copy of the foregoing document to the following:

Rustin G. Jackson, Plaintiff
108 Chapman Lane
Jacksboro, Tennessee 37757

Dawn Jordan
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207

Peter D. Van De Vate
P.O. Box 30201
Knoxville, Tennessee 37930-0201

C. Frank Rapier

C. Frank Rapier
Director, Appalachia HIDTA