**Issued by the**

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Tennessee

Rustin G. Jackson
V.
State of TN, Campbell County, Darrel Mongar et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 3:04 - cv - 000344

TO: Applachia HIDTA
Frank Rapier(Director) and/or Designated Representative
P.O Box 5070, London KY 40745-5070

☑ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Court (knoxville division)<br>800 Market Street, Suite 130<br>Knoxville, TN 37902 | DATE AND TIME<br>10/24/2006 9:00 am |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Castleton's Fitness (conference room) 2146 Jacksboro Pike<br>LaFollette TN, 37766 | 7/17/2006 9:30 am |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Agreements, Contracts with Campbell County, TN. Any and all reports, complaints (official or unofficial), documents, data compilations that may have been received, maintained or communicated by HIDTA concerning Defendants and/or Plaintiff. Logs of any information requests pertaining to Plaintiff in above styled case from 1995 till present day.

| PLACE | DATE AND TIME |
|---|---|
| Rustin G. Jackson 108 Chapman Lane<br>Jacksboro TN 37757 | 7/10/2006 5:00 pm |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| R Knox, Deputy Clerk | 6/5/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
800 Market St., Suite 130
(865) 545-4228

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE**

| | | |
|---|---|---|
| **Rustin G. Jackson** | ) | |
| **v.** | ) | **Civil Action No. 3:04-cv-344** |
| **State of Tennessee** | ) | |
| **County of Campbell as a body politic,** | ) | |
| **Darryl Mongar, Dustin Rose,** | ) | |
| **Rick Woodward, et al** | ) | |

**Plaintiff's Notice of Deposition of HIDTA**

---

Plaintiff, Rustin G. Jackson, now gives notice of the Depositions on the representatives of H.I.D.T.A. (High Intensity Drug Trafficking Area) Organization through Appalachia HIDTA Director Frank Rapier. Plaintiff also hereby requests for production of documents or tangible things in possession, custody or control requested in attached Subpoena of the HIDTA to be produced.

Notice is given to: Mr. Frank Rapier (Director)
Appalachia HITDA
P.O. Box 5070
London KY 40745-5070

Depositions will be held on July 17, 2006 9:00 A.M.:

address: Castleton's Fitness (conference room)
2145 Jacksboro Pike
LaFollette TN, 37766

The subject matter of such depositions being HITDA Directive; Agreements and Contracts with the Defendants, Any and all reports, complaints (official or unofficial), documents, information, data compilations that may have been received, maintained or communicated by HIDTA concerning Defendants and/or Plaintiff. Logs of any information requests pertaining to Plaintiff in above styled case from 1995 till present day; HITDA methods and Authority.

Deposition is to be recorded by video tape and stenographic means.

HIDTA and duly designated representatives are also Subpoenaed to Appear at the Trail:

United States District Court (Knoxville Division) on October 24, 2006 9:00 AM
800 Market Street, Suite 130
Knoxville, TN 37902

## DEFINITIONS

Definition: The word "Documents" will include writing, drawing, graphs, memos, records, data compilations, letters, agreements, photographs, phone records, video and/or audio recordings, applications, attachments, books, manuals instructions, or any tangible thing from which data may be obtained, translated or by detection devises may be rendered into usable form, which may constitute or contain subject matter of requested material.

## REQUEST FOR PRODUCTION OF DOCUMENTS

1. Any and all agreements between HIDTA and Defendants.

**RESPONSE:**

2. Any and all reports, complaints (official or unofficial), documents, information, data compilations that may have been received, maintained or communicated by HIDTA concerning Defendants.

**RESPONSE:**

3. Any and all reports, complaints (official or unofficial), documents, information, data compilations that may have been received, maintained or communicated by HIDTA concerning Plaintiff

**RESPONSE:**

4. Logs of any information Requests concerning Plaintiff, to include requesting party information of Organization, name, address, time of request and what information was requested.

**RESPONSE:**

5. Summary of capability, mission and task of HIDTA showing cause to why it is unlawful for an individual to be targeted by HIDTA without being deem a threat to regions or to the nation, listing who has the authority to deem an individual a threat.

**RESPONSE:**

## Certificate of Service

**Motion for Summary Judgment in Overturning Campbell County**

I here by certify that on or by the 13th day of June, 2006, a true and exact copy of the Above Documents in Civil Action No: 3:04-CV-000344 has sent through First Class Mail to the parties indicated.

Appalachia HIDTA
Attn: Frank Rapier
P.O. Box 5070
London KY, 40745-5070

Dawn Jordon
Representing: Rick Woodward (as an individual)
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207

Peter D. Van De Vate
Representing Campbell County, Darrel Mongar & Dustin Rose
P.O. Box 30201
Knoxville, TN 37930-0201

Rustin G. Jackson [signature]
Plaintiff
Rustin G. Jackson
108 Chapman Lane
Jacksboro TN 37757

865 755 2177
Atty
Vandevate