UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| RUSTIN G. JACKSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.: 3:04-CV-344 |
| | ) | (VARLAN/SHIRLEY) |
| STATE OF TENNESSEE, et al., | ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, defendant Woodward's Motion for Summary Judgment [Doc. 153] is **GRANTED** and the claims against him will be **DISMISSED with prejudice**; and defendants Campbell County, Tennessee's, Darrell Mungar's, and Dustin Rose's Motion for Summary Judgment [Doc. 164] is **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE