# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF TENNESSEE

### CIVIL COURTROOM MINUTES - GENERAL

**Case No.** 3:04-CV-344          **At** Knoxville, TN          **Date** October 25, 2006

**Style** Rustin G. Jackson          **vs**          Campbell Co, TN, Darrell Mongar, and Dustin Rose

**PRESENT:**
      **HONORABLE** Thomas A. Varlan , **United States District Judge**

Julie Norwood                                                                 Jolene Owen
    **Deputy Clerk**                                                          **Court Reporter**

**ATTORNEY(S) PRESENT FOR PLTFS:**          **ATTORNEY(S) PRESENT FOR DEFTS:**
Pro Se Rustin Jackson                                        Peter D VandeVate

**PROCEEDINGS:**
**Final Pretrial Conference held.  Estimate trial length 4 days.  Hearing covered Final Pretrial Order, Local Rules, trial process.  Plaintiff shall file his final exhibit list by 12:00 pm on 10/26/06.  Objections to Exhibit list shall be filed by 12:00 on 10/27/06.  Jury trial to begin Monday 10/30/06 at 9:00 a.m.**

**Time 10:30 a.m.**          to          **12:10 a.m.**