IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

**Rustin G. Jackson** )
v. ) Civil Action No. 3:04-cv-0034
**County of Campbell,** ) Judge Varlan/Shirley
**Darryl Mongar, Dustin Rose,** )

**Plaintiff's Exhibit List**

I, Plaintiff Rustin G. Jackson, submit the following list of Exhibits that may be offered at the Trail in the above styled case.

| NO: | DESCRIPTION |
|---|---|
| 1. | Letter to Gloria Lee from Carol Jackson |
| 2. | Excerpt Def. Darrell Mongar's Employment Interview |
| 3. | Notes from Plaintiff's Neurologist |
| 4. | Photo's of Plaintiff's Right Knee (March 31, 2006) |
| 5. | Excerpts Order of Protection Against Defendant Darrel Mongar |
| 6. | Statement from Leanna Mongar, then wife of Def. |
| 7. | Excerpt from Def. Mongar employer interview |
| 8. | Excerpt from Work Records |
| 9. | Campbell County Court Records CM 143834 |
| 10. | Def Darrell Mongar Statement concerning March 17, 2006 |
| 11. | Excerpt from Darrel Mongars Interrogatories. |
| 12. | Excerpt from Darrel Mongars Interrogatories. |
| 13. | Campbell County Court Records CM 149133 |
| 14. | Campbell County Court Records CM 149133 |
| 15. | Excerpt of Plaintiff forensic Evaluation by Dr. Hebb |
| 16. | Letter from Lakeshore to Hebb |
| 17. | Charges from Ridgeview |
| 18. | Charges from Lakeshore |
| 19. | Excerpt from 2nd 60 day Lakeshore Admission |
| 20. | 2nd Excerpt from 60 day Lakeshore Admission |
| 21. | Excerpt of Plaintiff Discharge from Lakeshore |
| 22. | Plaintiff's List of resulting Ailments. |
| 23. | Campbell Counties Non-scheduled orders of plaintiff's forensic evaluations. |
| 24. | Def. Dustin Roses Statement Concerning March 17, 2006 |
| 25. | Excerpt of Trooper Rick Woodward Deposition |
| 26. | Charges made against Plaintiff of March 17, 2006 |
| 27. | Photo of Defendant Darrel Mongar following March 17, 2006 |
| 28. | Photo of Plaintiff following March 17, 2006 |
| 29. | Plaintiff's Drug Test made on 2/10/2004 |
| 30. | Plaintiff's Drug Test made on 5/12/2004 |

| | |
|---|---|
| 31. | Letter from Public Defender Gloria Lee to Plaintiff. |
| 32. | Letter from Plaintiff to Attorney Mike Hatmaker Oct. 2003 |
| 33. | Letter from Plaintiff 3/25/03 |
| 34. | Letter to Governor Bredesen from Plaintiff |
| 35. | Cassette tape with partial 911 recording from March 17, 2001 |
| 36. | CD Rom with excerpts of Video Depositions/photos |
| 37. | Laboratory for Information Technology Web Pages |
| 38. | Plaintiff's Third Amended Complaint & Supplement |
| 39. | Deposition of Rick Woodward and Exhibits |
| 40. | Deposition of Dustin Rose |
| 41. | Deposition of Linda Chapman |
| 42. | Deposition of Darrel Mongar |
| 43. | Depositions of Sheriff's Office Jailers |
| 44. | Depositions of Jerry Cross |
| 45. | Depositions of Joseph Willoughby |
| 46. | Deposition of Brian Nelson |
| 47. | Deposition of Carolyn Jackson |
| 48. | Transcripts of Pretrial Hearings |
| 49. | Settlement Agreement between Michael Grey v. Campbell County et al. |
| 50. | Tennessee Correctional Institute Report |
| 51. | Evaluation of Campbell County Jail by the Tennessee Correctional Institute. |
| 52. | Campbell Counties Private Acts. |
| 53. | All documents and things produced by Defendants during Discovery |
| 54. | All documents and things listed by Defendants |
| 55. | All documents and things needed for impeachment and rebuttal |
| 56. | All documents filed with the Court. |

_____
Plaintiff
Rustin G. Jackson
108 Chapman Lane
Jacksboro TN, 37757

Certified October 26, 2006 to:

Peter VanDeVate: vandeVate@aol.com