IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

**Rustin G. Jackson** )
v. ) Civil Action No. 3:04-cv-0034
**County of Campbell,** ) Judge Varlan/Shirley
**Darryl Mongar, Dustin Rose,** )

## Plaintiff's Witness List

I, Plaintiff Rustin G. Jackson, submit the following, amended and supplemental list of Witnesses that may be called to Testify in this matter.

| # | | First | Last |
|---|---|---|---|
| 1 | Ms. | Leanna | Adkins |
| 2 | Dr. | Douglas | Birdwell |
| 3 | Mr. | Larry | Bolton |
| 4 | Mr. | Charles | Byrge |
| 5 | Mrs. | Linda | Chapman |
| 6 | Mr. | Marshall | Goins |
| 7 | Mr. | Keith | Hatfield |
| 8 | Mrs. | Carolyn | Jackson |
| 9 | Dr. | Sam A. | Kabbani M.D. |
| 10 | Mrs. | Gloria | Lee |
| 11 | Mr. | Billy | Marlow |
| 12 | Mr. | D.J. | Ridener |
| 13 | Ms. | Nikki | Stevens |
| 14 | Mr. | Rick | Woodward |

If any of the witnesses listed herein are unavailable to testify, I reserve the right to present such testimony by deposition, printed or videotaped, and matters of hearsay, whether fact or expert. Defendant reserves the right to call any witnesses designated by Defendants. Additionally, I reserve the right to supplement and/or amend this list of witnesses.

_____
Plaintiff
Rustin G. Jackson
108 Chapman Lane
Jacksboro TN, 37757

Certified October 26, 2006 to:
Julie Norwood : Julie_Norwood@tned.uscourts.gov
Peter VanDeVate: vandeVate@aol.com