UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| RUSTIN G. JACKSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO.: 3:04-CV-344 (VARLAN/SHIRLEY) |
| CAMPBELL COUNTY, TENNESSEE, DARRYL MONGAR, and DUSTIN ROSE, | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

This civil action is before the Court on plaintiff's Motion to Prefer Plaintiff's Issues before Judge and Jury [Doc. 225] in which plaintiff requests that all the issues presented in his proposed pretrial order be submitted to the jury. The pretrial order filed by the Court in this case includes all claims asserted by plaintiff against the remaining defendants. Accordingly, plaintiff's motion [Doc. 225] is **DENIED as moot**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE