IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

RUSTIN G. JACKSON,

    Plaintiff,

v.                                                                             No. 3:04-cv-344
                                                                             Varlan/Shirley

STATE OF TENNESSEE, *et al.*

    Defendants.

### DEFENDANTS' OBJECTIONS TO PLAINTIFF'S LIST OF EXHIBITS

Come the remaining defendants and generally object to the plaintiff's list of exhibits on the basis that the list was not timely served in accordance with the Court's ruling of October 25. These defendants would show that the list was only attempted to be served, but not served, at 12:29 p.m., on October 26. 2006, although the Court ordered that such be served by 12:00 p.m. Further, the defendants object to exhibits 1,3,4,5,6,7,8,15,16,17, 18, 19, 20, 21, 22, 31, 32,33,34,35, 36 and 37, on the bases that they are based upon hearsay or that they have never been disclosed to the defendants through proper discovery or disclosure, and/or they are not sufficiently specified to the extent that the defendants may know what the plaintiff wishes to present to the Court,

Respectfully submitted this 27th day of February 2006.

                                                          */s/ Peter D. Van de Vate*
                                                          Peter D. Van de Vate
                                                          Attorney for Defendants
                                                          Campbell County, Tennessee, Darrell Mongar
                                                          And Dustin Rose

P.O. Box 30201
Knoxville, TN 37930-0201
(865) 539-9684

**CERTIFICATE OF SERVICE**

I certify that on February 27, 2006, a correct copy of the foregoing answer was filed electronically. Notice of this filing will be sent to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the court's electronic filing system.

/s/ *Peter D. Van de Vate*
Peter D. Van de Vate