✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN     DISTRICT OF     TENNESSEE

RUSTIN G. JACKSON

V.

CAMPBELL COUNTY, TN,
DARRYL MONGAR, DUSTIN ROSE

**EXHIBIT AND WITNESS LIST**

Case Number: 3:04-CV-344

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| THOMAS A. VARLAN | Rustin G. Jackson, pro se | Peter D. Van de Vate |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| October 30, 2006 | Jolene Owen | JULIE NORWOOD |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | 10/30/06 | | | Dr. Douglas Birdwell |
| W | | " | | | Bufford Marshall Goins |
| W | | " | | | Carolyn Jackson |
| W | | " | | | Charles Byrge |
| W | | " | | | Billy Marlow |
| W | | " | | | Gloria Lee |
| W | | " | | | Darrell Mongar |
| 26 | | " | X | X | Criminal Information |
| 27 | | " | X | X | Photo of Darrell Monger's injuries |
| 28 | | " | X | X | Photo of Rustin Jackson's injuries |
| 10 | | " | X | X | Officer Mongar's Statements concerning March 17, 2004 |
| | | | | | DAY 2 OF JURY TRIAL OCTOBER 31, 2006 |
| | | | | | DARRELL MONGAR CONTINUED |
| W | | | | | Dustin Rose |
| 24 | | | X | X | Dustin Rose Statement Concerning March 17, 2004 |
| | | | | | Trooper Rick Woodward |
| W | | | | | Rustin G. Jackson |
| 4 | | | | | Photo of Rustin Jackson's brused right knee |
| | | 11/1/06 | | | DAY 3 OF JURY TRIAL NOVEMBER 1, 2006 |
| 31 | | | X | X | Letter from Gloria Lee, Investigator for Public Defender's Office dated June 21, 2004 |
| 51 | | | X | X | Evaluation of Campbell County Jail by the Tennessee Correctional Institute |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __TENNESSEE__

RUSTIN G. JACKSON

V.

CAMPBELL COUNTY, TN,
DARRYL MONGAR, DUSTIN ROSE

**EXHIBIT AND WITNESS LIST**

Case Number: 3:04-CV-344

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| THOMAS A. VARLAN | Rustin G. Jackson, pro se | Peter D. Van de Vate |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| October 30, 2006 | Jolene Owen | JULIE NORWOOD |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | 10/30/06 | | | Dr. Douglas Birdwell |
| W | | " | | | Bufford Marshall Goins |
| W | | " | | | Carolyn Jackson |
| W | | " | | | Charles Byrge |
| W | | " | | | Billy Marlow |
| W | | " | | | Gloria Lee |
| W | | " | | | Darrell Mongar |
| 26 | | " | X | X | Criminal Information |
| 27 | | " | X | X | Photo of Darrell Monger's injuries |
| 28 | | " | X | X | Photo of Rustin Jackson's injuries |
| 10 | | " | X | X | Officer Mongar's Statements concerning March 17, 2004 |
| | | | | | DAY 2 OF JURY TRIAL OCTOBER 31, 2006 |
| | | | | | DARRELL MONGAR CONTINUED |
| W | | | | | Dustin Rose |
| 24 | | | X | X | Dustin Rose Statement Concerning March 17, 2004 |
| | | | | | Trooper Rick Woodward |
| W | | | | | Rustin G. Jackson |
| 4 | | | | | Photo of Rustin Jackson's brused right knee |
| | | 11/1/06 | | | DAY 3 OF JURY TRIAL NOVEMBER 1, 2006 |
| 31 | | | X | X | Letter from Gloria Lee, Investigator for Public Defender's Office dated June 21, 2004 |
| 51 | | | X | X | Evaluation of Campbell County Jail by the Tennessee Correctional Institute |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | TENNESSEE |

RUSTIN G. JACKSON

**EXHIBIT AND WITNESS LIST**

V.

CAMPBELL COUNTY, TN,
DARRYL MONGAR, DUSTIN ROSE

Case Number: 3:04-CV-344

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| THOMAS A. VARLAN | Rustin G. Jackson, pro se | Peter D. Van de Vate |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| October 30, 2006 | Jolene Owen | JULIE NORWOOD |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | 10/30/06 | | | Dr. Douglas Birdwell |
| W | | " | | | Bufford Marshall Goins |
| W | | " | | | Carolyn Jackson |
| W | | " | | | Charles Byrge |
| W | | " | | | Billy Marlow |
| W | | " | | | Gloria Lee |
| W | | " | | | Darrell Mongar |
| 26 | | " | X | X | Criminal Information |
| 27 | | " | X | X | Photo of Darrell Monger's injuries |
| 28 | | " | X | X | Photo of Rustin Jackson's injuries |
| 10 | | " | X | X | Officer Mongar's Statements concerning March 17, 2004 |
| | | | | | DAY 2 OF JURY TRIAL OCTOBER 31, 2006 |
| | | | | | DARRELL MONGAR CONTINUED |
| W | | | | | Dustin Rose |
| 24 | | | X | X | Dustin Rose Statement Concerning March 17, 2004 |
| | | | | | Trooper Rick Woodward |
| W | | | | | Rustin G. Jackson |
| 4 | | | | | Photo of Rustin Jackson's brused right knee |
| | | 11/1/06 | | | DAY 3 OF JURY TRIAL NOVEMBER 1, 2006 |
| 31 | | | X | X | Letter from Gloria Lee, Investigator for Public Defender's Office dated June 21, 2004 |
| 51 | | | X | X | Evaluation of Campbell County Jail by the Tennessee Correctional Institute |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages