# United States District Court

**EASTERN** DISTRICT OF **TENNESSEE**

RUSTIN G. JACKSON

**JUDGMENT IN A CIVIL CASE**

V.

CAMPBELL COUNTY, TENNESSEE,
DARRYL MONGAR, and DUSTIN ROSE

CASE NUMBER: 3:04-CV-344

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] Decision by Court**.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Plaintiff, RUSTIN G. JACKSON, is not entitled to recover any damages for the constitutional violations he alleged against Defendants CAMPBELL COUNTY, TENNESSEE, DARRYL MONGAR or DUSTIN ROSE, and shall therefore take nothing.

November 1, 2006
Date

Patricia L. McNutt, Clerk

By s/ Julie Norwood
Deputy Clerk