# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
OFFICE OF THE CLERK
Howard H. Baker Jr. United States Courthouse
800 Market Street, Suite 130
Knoxville, Tennessee 37902
(423) 545-4228

**PATRICIA L. MCNUTT**
Clerk of the Court

**JOHN MEDEARIS**
Chief Deputy Clerk

**TO:** Rustin Jackson, pro se plaintiff

**FROM:** Julie Norwood, Courtroom Deputy

**RE:** Trial Exhibits

## NOTICE TO PARTIES REGARDING EXHIBITS

Exhibits in possession of the court in the above-styled case are no longer needed by the court.

Pursuant to Rule 43.3 of the Local Rules of this Court, counsel or parties have 30 days after final determination of the case within which to withdraw exhibits. In the event they are not withdrawn within that time, the Rule specifies that the clerk shall, after notifying counsel or parties, dispose of the exhibits.

Sincerely,

s/ Julie Norwood
Julie Norwood, Deputy Clerk

_____
Signature of party withdrawing exhibits

Date: Dec, 14, 2006